STATE v. ELLEDGE

No. 183P97

Case below: 125 N.C.App. 744

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 June 1997.

STATE v. FARRISH

No. 173P97

Case below: 125 N.C.App. 745

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 June 1997.

STATE v. FLETCHER

No. 124P97

Case below: 125 N.C.App. 505

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 June 1997.

STATE v. FOUNTAIN

No. 136P97

Case below: 125 N.C.App. 422

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 June 1997.

STATE v. HARRIS

No. 30P97

Case below: 125 N.C.App. 212

Petition by defendant (Tommy Lee Martin) for discretionary review pursuant to G.S. 7A-31 denied 5 June 1997.